Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>McKENNA DANILO BERNARDO,<br><br>Defendants. | NO. MJ20-226<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. § 2252(a)(4)(B), (b)(2) |

BEFORE the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Possession of Child Pornography)**

Beginning on a date unknown and continuing until February 11, 2020, at Burien, within the Western District of Washington, and elsewhere, the Defendant, McKENNA DANILO BERNARDO did knowingly possess matter that contained visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means,

COMPLAINT/McKENNA DANILO BERNARDO - 1
USAO# 2020R00397

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

including by computer, and the images of child pornography involved include images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

And the Complainant states that this Complaint is based on the following information:

I, Curtis Crowder, being first duly sworn on oath, depose and say:

## INTRODUCTION

1. I am a Special Agent ("SA") with the Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I have held such a position since 2003. HSI is responsible for enforcing the customs and immigration laws and federal criminal statutes of the United States. I am currently assigned to the Office of the Special Agent in Charge ("SAC"), Seattle, Washington, and am a member of the Child Exploitation Investigations Group. As part of my current duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have received training in investigating child pornography and child exploitation crimes. I have also had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256(8)). I am a member of the Seattle Internet Crimes Against Children Task Force ("ICAC"), and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

2. As part of my duties as an HSI Criminal Investigator, I investigate criminal violations relating to child exploitation and child pornography including violations of Title 18, United States Code, Sections 2251(a), 2252(a)(2), 2252(a)(4)(B), and 2243(a)(1). I have received training in the area of child pornography and child exploitation, and have observed and reviewed numerous examples of child pornography

COMPLAINT/McKENNA DANILO BERNARDO - 2
USAO# 2020R00397

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in various forms of media, including media stored on digital media storage devices such as computers, tablets, cellphones, etc.  I have also participated in the execution of numerous search warrants involving investigations of child exploitation and/or child pornography offenses.  I am a member of the Seattle Internet Crimes Against Children (ICAC) Task Force in the Western District of Washington, and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

3.    The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of cooperating witnesses; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

4.    Because this Complaint is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that McKENNA DANILO BERNARDO committed the offense charged, namely, Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B), (b)(2).

**SUMMARY OF PROBABLE CAUSE**

5.    On or about January 4, 2019, McKENNA DANILO BERNARDO was sentenced in King County Superior Court of Washington to 14 months in prison, with 36 months supervision monitored by the Washington State Department of Corrections (hereafter DOC), after being convicted of One Count of Possession of Depictions of Minors Engaged in Sexually Explicit Conduct 1st Degree, RCW 9.68A. 070.  Pursuant to the terms of the Judgment and Sentence, McKENNA DANILO BERNARDO was required to comply with the following conditions:  to obtain a sexual deviancy evaluation by a state certified provider and follow all recommendations; to submit to polygraph

COMPLAINT/McKENNA DANILO BERNARDO - 3
USAO# 2020R00397

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

examinations as determined by his Community Corrections Officer (hereafter CCO); and was prohibited from possessing devices with internet connectivity absent approval from his CCO and installation of monitoring software. Additionally, McKENNA DANILO BERNARDO was subject to other conditions "imposed by the Court or Department during community custody."

6. On February 16, 2019, McKENNA DANILO BERNARDO began supervision by the Department of Corrections (DOC) following his release from prison. In addition to the conditions imposed in the Judgment and Sentence, DOC imposed conditions of supervision in an "Offender Condition Statement" that again prohibited McKENNA DANILO BERNARDO from possessing unapproved electronic devices and accessing the internet or email by electronic devices without CCO approval. In addition to other conditions, McKENNA DANILO BERNARDO was specifically prohibited from possessing or perusing pornographic materials unless authorized by his CCO and was required to "submit to a search of your person, residence, vehicle, and possessions whenever requested by a CCO."

7. On February 27, 2020, I received reports from King County Sheriff's Office (KCSO) Detective Benjamin Blakeman pertaining to DOC Incident Number, C20005479, authored by DOC Community Corrections Officer (CCO) Donald Neyhart and CCO Olivia Timothy. CCO Neyhart and CCO Timothy's reports summarized a February 11, 2020, home visit at McKENNA DANILO BERNARDO's residence located in Burien, Washington. During a walk-through of the residence, CCO Neyhart and CCO Timothy observed an unauthorized iPad in the garage and an unauthorized SanDisk Memory Card inside the residence. McKENNA DANILO BERNARDO initially denied the iPad belonged to him, but eventually admitted to owning the iPad and provided the passcode.

8. Following the advisement and waiver of his Constitutional rights, McKENNA DANILO BERNARDO admitted to CCO Neyhart and CCO Timothy that "pre-teen, prepubescent," "child pornography," and "depictions of minors" were stored

COMPLAINT/McKENNA DANILO BERNARDO - 4
USAO# 2020R00397

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

on the iPad. McKENNA DANILO BERNARDO confirmed the presence of videos depicting the penetration of minors would be recovered from his iPad. McKENNA DANILO BERNARDO confessed to utilizing the incognito setting of his internet browser to locate "child pornography" files and to accessing "Cam Teens, a foreign site" and the website "Reddit" in order to locate "child pornography" files.

9. Using the passcode provided by McKENNA DANILO BERNARDO, CCO's Neyhart and Timothy accessed the iPad and files of "multiple young preteen girls who were nude, masturbating, and in sexual display" were found on the device. A title of one of the files was "shy naked teen."

10. CCO Neyhart and CCO Timothy arrested McKENNA DANILO BERNARDO for violating the conditions of the Judgment and Sentence by possessing unapproved devices/media and possessing files depicting minors engaged in sexually explicit conduct. The following devices were seized: (1) one Apple iPad, serial number F9FZD2LQMDG1; (2) one Apple iPhone; and (3) one SanDisk 16GB Memory Card. These three items were stored as evidence at King County Sheriff's Office Precinct 4, 14905 6th Avenue SW, Burien, WA.

11. On February 14, 2020, KCSO Detective Blakeman obtained a King County Superior Court search warrant from the Honorable Judge LeRoy McCullough for the seized devices, to wit: : (1) one Apple iPad, serial number F9FZD2LQMDG1; (2) one Apple iPhone; and (3) one SanDisk 16GB Memory Card (hereafter "SUBJECT DEVICES"). Detective Blakeman collected the SUBJECT DEVICES from the evidence room and delivered them to KCSO's Detective Do at KCSO Digital Forensics Unit Secure Lab for forensic analysis.

12. On February 19, 2020, Detective Do completed a forensic analysis of the SUBJECT DEVICES. Detective Do observed the iPad was registered with Apple ID mckennabernardo159@gmail.com and the device name was listed as "Mckenna's iPad." Approximately 116 video files of child pornography were found on the iPad. 115 of the

COMPLAINT/McKENNA DANILO BERNARDO - 5
USAO# 2020R00397

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

files shared the same file name scheme, "####_shy_innocent_jbs_nude_bating_aak.avi" where the #### are integers or numbers.

13. Detective Do provided the following descriptions for three of the videos:

  i. **Video file titled: 0932 shy_innocent_jbs_nude_bating_aak.avi**

This 74 seconds video clip depicts a female child with a camera facing her as she lays back and spreads her legs to expose her vagina. The video is set to music as the child masturbates. The child is depicted staring at the camera as she inserts her right index finger into her vagina. The camera is propped in front of her spread legs and vagina. The child does have developing pubic hair and given her facial features, body frame and developing breasts, her age is approximate in the pre-teen years.

  ii. **Video file titled: 0523_shy_innocent_jbs_nude_bating_aak2.avi**

This video file depicts a blonde female child holding a camera with water running in the background. The child is depicted sitting and wearing a white sleeveless shirt. The camera pans down and the child is wearing gray colored sweat shorts with a white tie string. The white shirt has a koala bear imprint with the words "I am your gift." The camera pans to the child's groin where she is seen rubbing her vagina over her shorts with her left hand. The child then does a video selfie with a mirror and the reflection shows that she is in a bathroom and she is the camera person with a cell phone. The video progresses to show the child undressing and then posing to show her anus or vagina. At one point in the video, the child is seen inserting her right index finger into her vagina. The video jumps to a different scene where the child is in a bedroom setting but still wearing the same described clothes. The child is depicted with another young female child and the younger female child is now the camera person. The first child is then seen again in various stages of undressing, dancing and showing her vagina or anus to the camera. In another part of the video, the younger female child faces the camera and shows her breast. The children are speaking in a foreign language. The video is approximately 14 minutes and 40 seconds long. Based on the children' lack of breast development, body frame size and facial features, their age is approximately 8 to 10 years old.

  iii. **Video file titled: VID-20170617-WA0001.mp4**

This video depicts a naked adult male laying on his back with an erect penis. He is depicted laying on a bed and the camera is propped at near the foot of the bed. The man looks possibly Hispanic. A petite female child is also depicted, naked except for a plaid skirt around her waist. The skirt is lifted up to reveal her buttocks as she straddles the man. Based upon the child's size and body frame, her approximate age is

COMPLAINT/McKENNA DANILO BERNARDO - 6
USAO# 2020R00397

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

between 5 to 8 years old. The child is depicted sitting on the man's erect penis and laying on his chest. The adult and child then simulate sexual intercourse as the child is depicted lying on top of the adult and his hands on her hip/buttocks. About a minute into the video, the adult reverses the child's position and she is depicted facing the camera and sitting on his erect penis. The small body frame, the lack of breast development and pubic frame does confirm that her age is in the range of 5 to 8 years old. The child is depicted lying on the adult's chest and his erect penis is depicted sliding up and down on the child's vagina. The adult is then depicted thrusting his penis up and down to rub against the child's vagina as she lays on her back on his chest. The adult then lays the child on her stomach as he gets on top of her and simulates intercourse with her. This is a 2-minute 14 seconds video.

14. Detective Blakeman viewed the three files described above and believed each depicts a minor involved in sexually explicit conduct. I also reviewed the three files described above and believe they meet the federal definition of child pornography as defined in 18 U.S.C. § 2256(8).

15. On February 19, 2020, Detective Blakeman interviewed McKENNA DANILO BERNARDO, while he was in custody at South Correctional Entity (SCORE) in Des Moines, WA. McKENNA DANILO BERNARDO was advised of his Constitutional Rights, which he waived, and agreed to answer Detective Blakeman's questions. McKENNA DANILO BERNARDO admitted that he was aware of his community custody supervision restrictions and knew he had obtained and used the iPad in violation of his supervision conditions.

16. McKENNA DANILO BERNARDO admitted to downloading over 100 "child pornography" videos from a website called "camteens.to." He stated since obtaining the iPad, he had downloaded so many files of "child pornography" that his iPad storage space had reached full capacity, so he was forced to delete some files in order to download more "child pornography."

17. McKENNA DANILO BERNARDO stated he knew he had committed a crime by downloading and viewing sexually explicit videos depicting children. He

COMPLAINT/McKENNA DANILO BERNARDO - 7
USAO# 2020R00397

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

believed he would be caught eventually because he was scheduled to take a Polygraph Exam in May of 2020, and he "knew that he would fail it."

18. Based on my knowledge, training, and experience, and the knowledge, training, and experience of other law enforcement officers I have consulted with, I know that Apple devices are not produced or manufactured entirely within the state of Washington.

## CONCLUSION

19. Based on the above facts, I believe that there is probable cause to conclude that McKENNA DANILO BERNARDO committed the offense charged in this Complaint.

*Curtis Crowder*
_____
CURTIS CROWDER, Complainant
Special Agent
Department of Homeland Security
Homeland Security Investigations

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

DATED this __30__ day of April, 2020.

_____
HON. BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

COMPLAINT/McKENNA DANILO BERNARDO - 8
USAO# 2020R00397

UNITED STATES ATTORNEY
700 STEWART, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970